**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LISA ANN EGGERT,<br><br>          Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A. D/B/A WELLS FARGO HOME MORTGAGE, TRANS UNION LLC, and EXPERIAN INFORMATINO SOLUTIONS INC.,<br><br>          Defendants. | Case No. 2:18-cv-01203-JCM-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Lisa Ann Eggert ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 3, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 24, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 23, 2018.

This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: July 18, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

**KNEPPER & CLARK LLC**

/s/ *Miles N. Clark*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Counsel for Plaintiff

## **ORDER**

IT IS SO ORDERED the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 23, 2018.

Dated this 19th day of July 2018.

_____
UNITED STATES MAGISTRATE JUDGE