Kelly Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
       kbeverly@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA ANN EGGERT,<br><br>            Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, TRANS UNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No.: 2:18-cv-01203-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO AUGUST 24, 2018**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Lisa Ann Eggert ("Plaintiff") and Defendant Wells Bank, N.A. ("Wells Fargo" and together with Plaintiff the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed a Complaint (the "Complaint") in this Court on July 2, 2018;

Wells Fargo was served with the Complaint on July 3, 2018;

Wells Fargo's deadline to respond to the Complaint is currently July 24, 2018; and

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

4835-2105-0989

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

1  IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Complaint in this action is extended to and through August 24, 2018.

Dated: July 18, 2018.

**KNEPPER & CLARK LLC**

By: */s/ Miles Clark, Esq.*
    Miles Clark, Esq.
    10040 W. Cheyenne Ave. Suite 170-109
    Las Vegas, NV 89129
    *Attorneys for Plaintiff*

Dated: July 18, 2018.

**SNELL & WILMER L.L.P.**

By: */s/ Kiah D. Beverly-Graham, Esq.*
    Kelly Dove, Esq.
    Kiah D. Beverly-Graham, Esq.
    3883 Howard Hughes Pkwy, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-19-2018

- 2 -
4835-2105-0989