1  **JASON G. REVZIN**
   Nevada Bar No. 008629
2  jason.revzin@lewisbrisbois.com
   **Lewis Brisbois Bisgaard & Smith LLP**
3  6385 S. Rainbow Blvd., Suite 600
   Las Vegas, Nevada  89118
4  (702) 893-3383
   (702) 893-3789 Fax
5  *Counsel for Trans Union LLC*

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                       **FOR THE DISTRICT OF NEVADA**

10 | LISA ANN EGGERT,                          | Case No. 2:18-cv-01203-JCM-GWF

11 |          Plaintiff,                        | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN**

12 | v.                                         | **ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED**

13 | WELLS FARGO BANK N.A. d/b/a WELLS FARGO HOME MORTGAGE, TRANS | **COMPLAINT (FIRST REQUEST)**

14 | UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

15 |          Defendants.

16

17

18       Plaintiff Lisa Ann Eggert ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"),

19 by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans

20 Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

21 On September 6, 2018, Plaintiff filed her First Amended Complaint.  The current deadline for

22 Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is September

23 20, 2018.  Trans Union is in need of additional time to investigate Plaintiff's claims and respond to

24 the allegations and details in Plaintiff's First Amended Complaint.  Plaintiff has agreed to extend

25 the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First

26 Amended Complaint up to and including October 11, 2018.  This is the first stipulation for

27 extension of time for Trans Union to respond to Plaintiff's First Amended Complaint.  This

28 request is being made in good faith and is not made for any purpose of undue delay.

1   Dated this 20th day of September, 2018

2   **Lewis Brisbois Bisgaard & Smith LLP**

3   */s/ Jason G. Revzin*_____
4   Jason G. Revzin
    Nevada Bar No. 8629
5   6385 South Rainbow Blvd., Suite 600
    Las Vegas, NV 89118
6   Telephone: (702) 893-3383
    Facsimile:  (702) 893-3789
7   Email: Jason.revzin@lewisbrisbois.com
8   *Counsel for Trans Union LLC*

9   **Payne Law Firm LLC**

10

11  */s/ Sean N. Payne*_____
    Sean N. Payne
12  Nevada Bar No. 13216
    9550 S. Eastern Avenue, Suite 253-A213
13  Las Vegas, NV 89123
    Telephone: (702) 952-2733
14  Facsimile:  (702) 462-7227
    Email: seanpayne@spaynelaw.com
15  *Counsel for Plaintiff*

16  **Snell & Wilmer**

17

18  */s/ Kelly H. Dove*_____
    Kelly H. Dove
19  Nevada Bar No. 4797
    Kiah D. Beverly-Graham
20  Nevada Bar No. 11916
    3883 Howard Hughes Parkway, Suite 1100
21  Las Vegas, NV 89169
    Telephone: (702) 784-5200
22  Facsimile:  (702) 784-5454
    Email: kdove@swlaw.com
23  Email: kbeverly@swlaw.com
24  *Counsel for Wells Fargo Bank, NA*

25

26  **Case No. 2:18-cv-01203-JCM-GWF**
    **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION**
27  **LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S**
28  **FIRST AMENDED COMPLAINT (FIRST REQUEST)**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Dated this 20th day of September, 2018

**Naylor & Braster**

*/s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile:  (702) 420-7001
Email: jbraster@naylorandbrasterlaw.com
Email: ashaples@naylorandbrasterlaw.com
and
Katherine A. Neben
Nevada Bar No. 14590
**Jones Day**
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: kneben@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

### ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or

otherwise respond to Plaintiff Lisa Ann Eggert's First Amended Complaint up to and including

October 11, 2018 IS SO ORDERED.

Dated this _21st_ day of ___September_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**Case No. 2:18-cv-01203-JCM-GWF**
**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION**
**LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S**
**FIRST AMENDED COMPLAINT (FIRST REQUEST)**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW