# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA ANN EGGERT, | Case No. 2:18-CV-1203 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Eggert v. Wells Fargo Bank, NA et al*, case number 2:18-cv-01203-JCM-GWF.

On November 19, 2018, the parties filed a joint status report indicating that the parties agreed to file a stipulation of dismissal in light of their negotiated settlement no later than December 19, 2018. (ECF No. 29). However, as of the date of this order, no such stipulation has been filed.

The court therefore orders the parties to file a joint status report.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within fourteen (14) days of the date of this order indicating the status of the current action. Failure to file a timely joint status report may result in dismissal of this case.

DATED January 2, 2019.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**