UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LISA ANN EGGERT,<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendant(s). | Case No. 2:18-CV-1203 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Trans Union LLC's ("Trans Union") motion to dismiss. (ECF No. 14).

Also before the court is plaintiff Lisa Eggert ("plaintiff") and Trans Union's joint motion to dismiss Trans Union from this action, with prejudice. (ECF No. 31).

Because plaintiff and Trans Union agree that Trans Union should be dismissed from this action, with prejudice, the court will grant the parties' joint motion to dismiss. (ECF No. 31). The court will therefore deny Trans Union's motion to dismiss (ECF No. 14) as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Trans Union's motion to dismiss (ECF No. 14) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiff and Trans Union's joint motion to dismiss Trans Union from this action, with prejudice (ECF No. 31) be, and the same hereby is, GRANTED.

DATED February 1, 2019.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**